FILED
November 18, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KEITH ANDREW BAIA, )<br>)<br>Defendant. ) | Case No. 2:11-CR-00442-GEB-1<br><br>PB<br>ORDER FOR ~~TEMPORARY~~ RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>KEIH ANDREW BAIA</u>, Case No. <u>2:11-CR-00442-GEB-1</u>, Charge <u>Title 21 USC §§ 846; 841</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_   Release on Personal Recognizance

    ✔   Bail Posted in the Sum of $ <u>50,000 (co-signed)</u>

        ✔   Unsecured Appearance Bond

        \_\_   Appearance Bond with 10% Deposit

        \_\_   Appearance Bond with Surety

        \_\_   Corporate Surety Bail Bond

    ✔   (Other)   <u>with pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>November 18, 2011</u> at <u>3:23</u> pm.

By _____
Dale A. Drozd
United States Magistrate Judge