MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748

Attorney for Defendant
KEITH ANDREW BAIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>KEITH ANDREW BAIA,<br><br>  Defendants, et al.<br>_____ / | Case No. 11-0442-GEB<br><br>**STIPULATION TO REFER DEFENDANT KEITH BAIA TO UNITED STATES PROBATION OFFICE FOR CRIMINAL HISTORY CALCULATION**<br>_____ |

Defendant Keith Andrew Baia, by and through his counsel of record Michael Stepanian, and Assistant United States Attorney Richard Bender hereby stipulate and request that the Court order the Probation Department to prepare a pre-plea presentence report - criminal history only - as to defendant Keith Baia. An accurate determination of his criminal history score will substantially assist possible resolution of the case because the defendant's criminal history is complicated and he may, or may not, qualify for safety valve treatment. Whether he so qualifies will largely determine whether the statutory mandatory minimum sentence is applicable as to Mr. Baia. The Probation Office has advised that it will take about 4-5 weeks to prepare this report.

1   Counsel for all the parties, request that a status conference in this case be set for
2   March 30, 2012 at 9:00 a.m., and that the time from the date of this application to that
3   date be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A)(to
4   allow defense counsel for defendant Baia to make an accurate determination of potential
5   sentence exposure as part of the a determination of whether to accept a negotiated
6   settlement) and 3161(h)(6) (as to defendant Stewart who is joined at trial with defendant
7   Baia, who's time is excluded).

Date:  February18, 2012            /s/Michael Stepanian
                                   Counsel for Defendant Keith Baia


Date:  February 18, 2012           /s/ Richard J. Bender
                                   Assistant United States Attorney


SO ORDERED

Dated: February 21, 2012

                                   _____
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge